**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Student Doe #14, et al., | No. CV-25-01844-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Donald J Trump, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Stipulated Dismissal, (Doc. 18). Good cause appearing,

**IT IS ORDERED** granting the Stipulation, (Doc. 18).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees. The Clerk of Court is directed to terminate this action.

**IT IS FURTHER ORDERED** that the Preliminary Injunction Hearing presently set for June 24, 2025, is VACATED.

Dated this 23rd day of June, 2025.

Honorable Sharad H. Desai
United States District Judge